No. 538, Misc.  DENTO *v.* UNITED STATES.  C. A. 3d Cir.  Certiorari denied.  *Acting Solicitor General Spritzer* for the United States.

No. 574, Misc.  BILOTTI ET AL. *v.* UNITED STATES. C. A. 2d Cir.  Certiorari denied.  *H. Elliot Wales* for Bilotti and *Albert H. Buschmann* for Wasser, petitioners. *Acting Solicitor General Spritzer, Assistant Attorney General Vinson* and *Jerome M. Feit* for the United States.

No. 556, Misc.  DOVICO *v.* UNITED STATES.  C. A. 2d Cir.  Certiorari denied.  MR. JUSTICE MARSHALL took no part in the consideration or decision of this petition. *F. Lee Bailey* for petitioner.  *Acting Solicitor General Spritzer, Assistant Attorney General Vinson* and *Jerome M. Feit* for the United States.

No. 467, Misc.  RUBIO *v.* IMMIGRATION AND NATURALIZATION SERVICE.  C. A. 9th Cir.  Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted.  *Acting Solicitor General Spritzer, Assistant Attorney General Vinson* and *Beatrice Rosenberg* for respondent.

No. 295, Misc.  O'BRIEN *v.* UNITED STATES.  C. A. 3d Cir.  Certiorari denied.  MR. JUSTICE MARSHALL took no part in the consideration or decision of this petition. *Solicitor General Marshall, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Mervyn Hamburg* for the United States.

No. 534, Misc.  MENDOZA *v.* CALIFORNIA.  Ct. App. Cal., 4th App. Dist.  Certiorari denied.

No. 619, Misc.  REID ET AL. *v.* WEST VIRGINIA.  Sup. Ct. App. W. Va.  Certiorari denied.